■ MILDRED GLICK, Respondent, v. MORRIS GLICK, Appellant.— Motion for stay granted on condition that the appellant is ready to argue or submit the appeal at the current term of this court. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of BEATRICE SCHROEFFEL, Appellant, against NEWMAN PRODUCTS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of ALFRED H. FREEMAN, Respondent, against OTIS ELEVATOR COMPANY et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ ANDREW POSSEHL, Respondent, v. SAVERIO DI STEFANO, Appellant.— Motion to dismiss appeal from contempt order granted, by default, without costs. Motion to dismiss appeal from restraining order granted, by default. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Estate of AUGUSTUS R. SULLIVAN, Deceased.— Stay continued, upon condition that the appeal is perfected and record and brief filed and served and the case is ready for argument at the March Term of this court. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of IRENE HATOK, Appellant, against SHEFFIELD FARMS Co., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ JAMES V. PRICE, Respondent, v. PETER TURGEON, Respondent, and LUIS R. DE LUZURIAGA, Appellant.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of KENNETH RICKARD, Appellant, against CENTRAL ENGINE REBUILDERS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of JAMES ANNETTE, Appellant, against EAGLE PENCIL Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of ANNA MILLER, Appellant, against GERALD PERLMAN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of FRANK MARIOCCA, Appellant, against BETHLEHEM STEEL COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of HOWARD C. LINDEN, Appellant, against TODD SHIPYARDS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.